**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| GARY D. WOLFE AND MARY O. WOLFE, HUSBAND AND WIFE, | : No. 586 MAL 2022 |
| | : |
| | : |
| Petitioners | : Petition for Allowance of Appeal |
| | : from the Order of the |
| | : Commonwealth Court |
| v. | : |
| | : |
| | : |
| READING BLUE MOUNTAIN AND NORTHERN RAILROAD COMPANY, | : |
| | : |
| | : |
| Respondents | : |
| | |
| IN RE: CONDEMNATION OF LANDS OF GARY D. WOLFE AND MARY O. WOLFE POTTSVILLE PIKE, MUHLENBERG TOWNSHIP | : No. 587 MAL 2022 |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the |
| | : Commonwealth Court |
| PETITION OF: GARY D. WOLFE AND MARY O. WOLFE, HUSBAND AND WIFE | : |
| | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of June, 2023, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to the remaining issue. The issue, as stated by petitioner, is:

> Whether the Commonwealth Court erred by reversing the [trial court] where it held that the taking at issue was for a public purpose and based its decision on caselaw addressing the public use requirement for a condemnation under eminent domain powers created prior to the passage of the Property Rights Protection Act, 26 Pa. [C.S.] § 201, et seq.